# Sedgwick County District Court Search - Case Display

## Case Number: 2255

| Case Year: 2014 | **Case UID**: 2014-CV-002255-CD |
|---|---|
| Case Type: CV | Filed: 2014-08-18 |
| Case Sub-type: Employment Dispute-Discrimination ||
| Advisement Date: | Remand Date: |
| Appealed: N | Appealed Date: |
| Status Code: 1 | Status Date: |
| Status Description: Pending ||

## Defendants

### Party

| Defendant Number: 1 ||
|---|---|
| Last Name (or Business Name): Dodge City Medical Center Chtd ||
| First Name: | Middle: | **Suffix**: |

### Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

## Plaintiff

### Party

| Plaintiff Number: 1 | Amount Claimed: 0.00 |
|---|---|
| Last Name (or Business Name): Baca-Romero ||
| First Name: Patricia | Middle: | **Suffix**: |

### Description

| Sex: F | Race: |
|---|---|
| Height: | Weight: |

## Plaintiff Attorney 1

| Last Name: Hill | First: Jennifer | Middle: M |
|---|---|---|
| Primary Attorney: Y | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: McDonald Tinker Skaer Quinn & Herrington ||| 

## Plaintiff Attorney 2

| Last Name: Tompkins | First: Katy | Middle: E |
|---|---|---|
| Primary Attorney: N | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: McDonald Tinker Skaer Quinn & Herrington ||| 

# Hearings

### Hearing

| Hearing Number: 1 | Jury Hearing: N |
|---|---|
| Hearing Type: Civil Discovery Conference ||
| Starts: 2014-10-27 at 10:00:00 ||
| Court Room Number: Courtroom 6-4 ||
| Ends: 2014-10-27 at 10:15:00 | Results Code: |
| Hearing Results: ||
| Hearing Comments: ||

### Judge

| Last Name: Yost, Div. 12 | First: Eric | Middle: R | **Suffix**: |
|---|---|---|---|

## Case Judge

| Last Name: Goering | First: Jeffrey | Middle: E | **Suffix**: |
|---|---|---|---|

# Registry of Actions

### Action 1

| Action Date: 2014-08-18 | Action Type: AOR |
|---|---|
| Action Agent: Jeffrey E Goering ||
| Description: Plaintiff: Baca-Romero, Patricia Attorney of Record Jennifer M Hill ||

### Action 2

| Action Date: 2014-08-18 | Action Type: DJT |
|---|---|
| Action Agent: Jeffrey E Goering ||
| Description: Demand for Jury Trial p/atty ||

### Action 3

| Action Date: 2014-08-18 | Action Type: PET |
|---|---|
| Action Agent: Jeffrey E Goering ||
| Description: Petition ||

### Action 4

| Action Date: 2014-08-19 | Action Type: |
|---|---|
| Action Agent: Jeffrey E Goering ||
| Description: Filing: Civil Docket Fee Paid by: Hill, Jennifer M (attorney for Baca-Romero, Patricia) Receipt number: 1712079 Dated: 8/19/2014 Amount: $197.00 (Check) For: Baca-Romero, Patricia (plaintiff) ||

### Action 5

| Action Date: 2014-08-20 | Action Type: NOTSERV |
|---|---|
| Action Agent: Jeffrey E Goering ||
| Description: Notice of Service of Discovery Request p/atty ||

### Action 6

| Action Date: 2014-08-25 | Action Type: RTD |
|---|---|
| Action Agent: Jeffrey E Goering ||
| Description: Return of Service ||

## Action 7

| Action Date: 2014-09-05 | Action Type: HEAR |
|---|---|
| Action Agent: Eric R Yost, Div. 12 ||
| Description: Hearing Scheduled (Civil Discovery Conference 10/27/2014 10:00 am) ||

© 2014 **Office of Judicial Administration (http://www.kscourts.org)**

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

PATRICIA BACA-ROMERO,
    Plaintiff
  vs
DODGE CITY MEDICAL CENTER, CHTD.,
    Defendant

Serve Defendant at:
Dodge City Medical Center, Chtd.
Clair Conrad, Registered Agent
2020 Central Street
Dodge City, KS 67801

CASE NO: 14CV2255

PURSUANT TO CHAPTER 60
KANSAS STATUTES ANNOTATED

**SUMMONS**
To be served via Certified Mail by Attorney

To the above-named Defendant:

    You are hereby summoned and required to serve upon Jennifer M. Hill, Plaintiff's attorney, whose address is 300 W. Douglas, Suite 500, Wichita, KS. 67202, a pleading to the Petition which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition. Your pleading also must be filed with the District Court of Sedgwick County. As provided in K.S.A. 60-213 (a), your answer must state as a counterclaim any related claim which you may have against the plaintiff(s), or you will thereafter be barred from making such claim in any other action.

REASONABLE ACCOMMODATIONS WILL BE PROVIDED IN
ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT

Clerk of the District Court of Sedgwick County, KS

Dated AUG 1 8 2014

By _____, Deputy

**RETURN ON SERVICE OF SUMMONS**

I hereby certify that I served the within summons:

(1) **Personal Service.** By delivering on the ____ day of _____, 2014, a copy of the summons, and a copy of the Petition to each of the within-named defendants, to-wit: _____

(2) **Residence Service.** By leaving on the ____ day of _____, 2014, for each of the within-named defendants a copy of the summons and a copy of the Petition at the respective dwelling place or usual place of abode of said defendants with some person of suitable age and discretion residing therein, to-wit: _____

(3) **Agent Service.** By delivering on the ____ day of _____, 2014, a copy of the summons, and a copy of the Petition to each of the following agents authorized by appointment or by law to receive service of process, to-wit: _____

(4) **Residence Service and Mailing.** By leaving a copy of the summons and a copy of the petition at the dwelling house or usual place of abode and mailing by first-class mail to each of the following defendants a notice that such copy has been so left, to wit: _____

(5) **Certified Mail Service.** I hereby certify that I have severed the within summons: (1) By mailing on the 20th day of August 2014, a copy of the summons and a copy of the petition in the above action as certified mail return receipt requested to each of the within-named defendants; (2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as follows: Dodge City Medical Center, Claire Conrad, Registered Agent, 2020 Central St. Dodge City, KS 67801

(6) **Certified Mail Service Refused.** I hereby certify that on the __ day of _____, 2014, I mailed a copy of the summons and petition in the above caption case by first-class mail, postage prepared, addressed to _____ at _____

(7) **No Service.** The following defendants were not found in this county: _____

Dated: _____, 2014

By _____ Sheriff

By: _____ Deputy

**EXHIBIT A**



**McDonald Tinker**
ATTORNEYS AT LAW

McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
TEL 316-263-5851 FAX 316-263-4677 • www.McDonaldTinker.com
300 W. Douglas Ave., Ste. 500 • Wichita, Kansas 67202

FILED
APP DOCKET NO.

2014 AUG 18 P 3:40

CLERK OF DIST COURT
18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KS
BY

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

PATRICIA BACA-ROMERO, )
)
Plaintiff, )
)
v. ) Case No. 14CV2255
)
DODGE CITY MEDICAL CENTER, CHTD., )
)
Defendant. )
_____)

Pursuant to Chapter 60

COPY

### PETITION

COMES NOW plaintiff Patricia Baca-Romero, by and through her attorneys of record, Jennifer M. Hill and Katy E. Tompkins, of McDonald, Tinker, Skaer, Quinn & Herrington, P.A., and for her cause of action against defendant alleges and states as follows:

1. Plaintiff Patricia Baca-Romero ("Ms. Baca-Romero") is an individual residing in Dodge City, Kansas.

2. Ms. Baca-Romero is of Hispanic (Mexican) descent.

3. Defendant Dodge City Medical Center, Chtd. ("Defendant") is a Kansas professional association, which may be served with process through its Registered Agent, Clair Conard, at 2020 Central Street, Dodge City, KS 67801.

4. Ms. Baca-Romero was employed as a registered nurse by Defendant from October, 2010 until October, 2013 at Defendant's medical clinic located in Dodge City, Kansas.

5. Ms. Baca-Romero's job responsibilities at Defendant's location included patient intake, patient dressing changes, data entry, medication change and counseling.

6. In March 2010, *prior* to being hired by Dodge City Medical Center, Ms. Baca-Romero sustained a low back injury.

7. At the time of her hire by Defendant, Ms. Baca-Romero informed Defendant of this injury and was told to notify Defendant's administration if her injury required restrictions at any point in the future.

8. In April 2011, Ms. Baca-Romero had an L5/S1 Fusion, which required her to take eight weeks off from her employment at Dodge City Medical Center. Ms. Baca-Romero's supervisors were agreeable and accommodated her request for time off and her resulting temporary medical restrictions.

9. In January 2012, Ms. Baca-Romero was placed on permanent work restrictions, which were also accommodated without issue by Defendant.

10. Beginning in 2012 and continuing through the termination of her employment, Ms. Baca-Romero complained to her supervisors that she was being racially discriminated against and harassed on an individual basis by a co-worker. Defendant took no action to end the harassment.

11. Defendant's administrators also racially harassed and discriminated against Ms. Baca-Romero by treating her differently than her Caucasian colleagues in

work assignments and scheduling. One supervisor admonished Ms. Baca-Romero for speaking Spanish to a co-worker during her lunch hour.

12. In August, 2013, Ms. Baca-Romero learned she needed a follow up surgery on her back. She immediately informed her supervisor of the surgical recommendations from her doctor.

13. On September 13, 2013, after having received exclusively positive performance evaluations and having never been cited or written up for job performance issues, Ms. Baca-Romero was written up for inability to perform job duties. She was then informed she was required to exceed her physical restrictions, which had been previously accommodated without issue.

14. On September 16, 2013, when forced to exceed her restrictions during a patient transfer, Ms. Baca-Romero sustained a new injury to her back. She filed a workers compensation claim against Defendant.

15. On October 1, 2013, Ms. Baca-Romero was told by her supervisor(s) that the administration was seeing improvement in all areas of concern regarding Ms. Baca-Romero's performance.

16. On October 8, 2013 (only one week later), Ms. Baca-Romero was suspended for three days. Following her suspension, Ms. Baca-Romero told her supervisors she planned to file a claim against Defendant as a result of the racial and disability discrimination she had experienced.

17. On October 9, 2013, Ms. Baca-Romero planned to meet with her supervisor to discuss her claims. The claims were not discussed and instead, she was terminated.

18. Ms. Baca-Romero did not violate any policies or procedures of Defendant during her employment. Specifically, she never disclosed confidential patient information in violation of Defendant's policy or federal law.

19. Defendant retaliated against Ms. Baca-Romero for filing a workers compensation claim in violation of Kansas common law.

20. Defendant violated Title VII by creating and sustaining a racially hostile work environment.

21. Defendant violated the Americans With Disabilities Act by removing Ms. Baca-Romero's reasonable accommodations, by retaliating against Ms. Baca-Romero for openly discussing her medical restrictions and upcoming medical treatment and by retaliating against Ms. Baca-Romero once Defendant violated the ADA.

22. Defendant retaliated against Ms. Baca-Romero by taking adverse employment actions upon learning of her intention to file claims against Defendant.

23. As a result of the employment actions taken by Defendant, Ms. Baca-Romero has sustained severe emotional distress and other damages.

24. Ms. Baca-Romero filed a claim with the EEOC in January, 2013 and received her right to sue letter from the EEOC on June 13, 2014.

25. Defendant's adverse employment actions and termination were taken against Ms. Baca-Romero in violation of Kansas law, the Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964 and the Kansas Act Against Discrimination.

WHEREFORE, plaintiff Patricia Baca-Romero prays that the court enter judgment in her favor and against Defendant; that the court award Plaintiff all damages to which she is entitled including, but not limited to, back wages, statutory penalties,

damages for emotional distress and mental anguish, that the court award Plaintiff reasonable attorney fees and the costs of this action; and that the Court allow such other and further relief as the it deems just and equitable.

Respectfully submitted,

_____
Jennifer M. Hill, #21213
Katy E. Tompkins, #25581
*Attorneys for Plaintiff Patricia Baca-Romero*
McDonald, Tinker, Skaer,
   Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS 67202-2909
Telephone: 316.263.5851
Fax: 316.263.4677

## DEMAND FOR JURY TRIAL

Plaintiff respectfully requests a trial by jury in this case.

_____
Jennifer M. Hill, #21213

CASE NO. 14 CV 2255

## RETURN ON SERVICE
## BY CERTIFIED MAIL

I hereby certify that I have served the Summons and Petition (1) By mailing on the **20th day of August, 2014**, a copy of the pleading in the above as certified mail return receipt requested; (2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as shown on card below:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dodge City Medical Center, Chtd.<br>Clair Conrad, Registered Agent<br>2020 Central Street<br>Dodge City, KS 67801 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>PO Box 1000<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1870 0002 2974 3614 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

McDonald, Tinker, Skaer, Quinn & Herrington, P.A.

By: _____
Jennifer M. Hill, S.C. #21213
*Attorney for Patricia Baca Romero*

Certified mail return receipt requested was refused. I hereby certify that on the ____ day of _____, 2014, I mailed a copy of the _____ in the above action by first class mail, postage prepaid to _____ at _____

_____
Sheriff of Sedgwick County, Kansas,
or the Party or Party's Attorney)

Dated: _____    By: _____

PS - 707